# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **GLENDA ROBBINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:07CV74** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JOHNSON & JOHNSON,** | ) | |
| **A New Jersey Corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the plaintiff's Motion for Partial Summary Judgment (Filing No. 21) and the defendant's Motion for Leave to File Amended Answer (Filing No. 26). The plaintiff's motion seeks summary judgment on the issue of liability. Similarly, the defendant seeks to amend the answer to admit liability. The defendant did not file any opposition to the motion for partial summary judgment. The plaintiff does not oppose the defendant's motion to amend. Under the circumstances and in the interest of justice and judicial economy,

**IT IS ORDERED:**

1. The plaintiff's Motion for Partial Summary Judgment (Filing No. 21) is granted.

2. The defendant's Motion for Leave to File Amended Answer (Filing No. 26) is granted. The defendant shall have **until January 28, 2008**, to file the Amended Answer.

Dated this 14th day of January, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge