# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **GLENDA ROBBINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:07CV74** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **JOHNSON & JOHNSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the parties' joint stipulation for an extension of time in which to file a dismissal (Filing No. 34) and the parties Stipulation For Dismissal With Prejudice (Filing No. 15). The Court finds that the parties' joint stipulation for dismissal with prejudice should be granted in accordance with Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED:**

1. The parties' joint stipulation for an extension of time in which to file a dismissal (Filing No. 34) is denied as moot.

2. The parties' joint Stipulation For Dismissal With Prejudice (Filing No. 35) is granted and this case is dismissed with prejudice, each party to bear its own costs.

DATED this 18th day of March, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge